IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHALID J. HARRISON, | ) | No. C 12-5453 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| SANTA RITA/CORIZON HEALTH | ) | |
| MEDICAL STAFF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 22, 2012, Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 11, 2013, the Court screened Plaintiff's complaint, and dismissed it with leave to amend. The Court directed Plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to file an amended complaint within thirty days would result in the dismissal of this action. To date, Plaintiff has not filed an amended complaint.

Thus, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 3/1/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.12\Harrison453disAC.wpd